McADAMS, EXECUTOR, ET AL. *v.* McSURELY ET UX.

No. 76–1621.  Argued March 1, 1978—Decided June 26, 1978

*Deputy Solicitor General Easterbrook* argued the cause for petitioners.  With him on the briefs were *Acting Solicitor General Friedman* and *Assistant Attorney General Babcock*.

*Morton Stavis* argued the cause for respondents.  With him on the brief were *Doris Peterson,. Nancy Stearns, Dan Jack Combs,* and *Charles N. Mason, Jr.*

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.